UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 16-3048-MWF(PJWx)**                                Dated: **June 27, 2016**

Title:      Anthony W. Rector -*v*- Equifax Information Services, LLC, et al.

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                    None Present
    Relief Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                   None Present

PROCEEDINGS (IN CHAMBERS):         COURT ORDER

    In light of the Notice of Settlement filed June 23, 2016, the Court sets a hearing on Order To Show Cause Re Dismissal for **July 25, 2016 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**

MINUTES FORM 90                                         Initials of Deputy Clerk    cw
CIVIL - GEN

-1-