THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY W. RECTOR,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No: 2:16-cv-03048-MWF-PJW<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Equifax is dismissed with prejudice. Plaintiff Anthony W. Rector and Defendant Equifax shall each bear their own costs and attorneys' fees.

Date: 07/28/16       _____
                     JUDGE, United States District Court, Central District of California

DISTRIBUTION TO ALL COUNSEL OF RECORD BY CM/ECF

- 1 –
[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC